UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| BROADCAST MUSIC, INC., as agent for Broadcast Music, LLC; TENTEX MUSIC LLC d/b/a GOLD CHOLLA MUSIC; O TEX MUSIC; EMI BLACKWOOD MUSIC INC.; MOW B'JOW MUSIC INC.; SONY/ATV SONGS LLC; BMG RIGHTS MANAGEMENT US LLC d/b/a MUSIC OF EVERPOP, <br><br>                       Plaintiffs, <br><br>     v. <br><br> BIG JOHN'S TAVERN LLC d/b/a BIG JOHN'S TAVERN and SCOTTY SHERIFF, CHRISTOPHER HOUSTON and DARREN BRADLEY, <br><br>                       Defendants. | CIVIL ACTION NO.: 2:25-cv-12343-DCN |

### ***NOTICE OF FILING***

We are hereby filing an *Affidavit of Default and of Non-Military Service* pertaining to the Defendants Big John's Tavern LLC d/b/a Big John's Tavern, Scotty Sheriff, and Christopher Houston.

[CONTINUED ON FOLLOWING PAGE]

64101518 v1

                                      /s/ Bernie W. Ellis
                                      Bernie W. Ellis
                                      South Carolina Bar No. 064841
                                      Federal I.D. No. 5650
                                      BURR & FORMAN LLP
                                      Post Office Box 447
                                      Greenville, SC 29602
                                      bellis@burr.com
                                      864-271-4940
                                      Attorney for Plaintiffs

December 4, 2025
Greenville, South Carolina