UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| BROADCAST MUSIC, INC., as agent for Broadcast Music, LLC; TENTEX MUSIC LLC d/b/a GOLD CHOLLA MUSIC; O TEX MUSIC; EMI BLACKWOOD MUSIC INC.; MOW B'JOW MUSIC INC.; SONY/ATV SONGS LLC; BMG RIGHTS MANAGEMENT US LLC d/b/a MUSIC OF EVERPOP,<br><br>Plaintiffs,<br><br>v.<br><br>BIG JOHN'S TAVERN LLC d/b/a BIG JOHN'S TAVERN and SCOTTY SHERIFF, CHRISTOPHER HOUSTON and DARREN BRADLEY,<br><br>Defendants. | CIVIL ACTION NO.: 2:25-cv-12343-DCN |

## AFFIDAVIT OF DEFAULT AND OF NON-MILITARY SERVICE

PERSONALLY APPEARED before me, Bernie W. Ellis, who first being duly sworn, deposes and says:

1. That he is the attorney for the Plaintiffs in the above referenced case.

2. The Plaintiffs filed its Complaint against the Defendants on September 5, 2025.

3. The Summons was issued by the Clerk of the United States District Court for the District of South Carolina, Charleston Division, on September 8, 2025.

4. The Summons and the Complaint was served on the Defendant Big John's Tavern LLC d/b/a Big John's Tavern ("Big John's"), on October 10, 2025, as shown by the Affidavit of Service

filed on October 20, 2025 in the United States District Court for District of South Carolina, Charleston Division.

5. The Summons and the Complaint was served on the Defendant Scotty Sheriff ("Sheriff"), on September 11, 2025, as shown by the Affidavit of Service filed on October 9, 2025 in the United States District Court for District of South Carolina, Charleston Division.

6. The Summons and the Complaint was served on the Defendant Christopher Houston ("Houston"), on October 3, 2025, as shown by the Affidavit of Service filed on October 7, 2025 in the United States District Court for District of South Carolina, Charleston Division.

7. Counsel for the Defendant Darren Bradley ("Bradley") accepted service of the Summons and Complaint on October 20, 2025, as shown by the Affidavit of Service filed on October 24, 2025.

8. The Defendant Bradly was dismissed from the action as shown by the Notice of Dismissal filed on November 3, 2025.

9. More than twenty one (21) days have elapsed since service of the Summons and Complaint on the Defendants and no answer or motion has been served upon the Plaintiffs, and the Defendants are now in default.

10. The Defendant Big John's is a limited liability company and therefore could not be in the Military Service of the United States as contemplated by the Soldiers and Sailors Civil Relief Act.

11. Upon information and belief, the Defendant Sheriff is not in the Military Service of the United States as contemplated by the Soldiers and Sailors Civil Relief Act.

12. Upon information and belief, the Defendant Houston is not in the Military Service of the United States as contemplated by the Soldiers and Sailors Civil Relief Act.

13. The Plaintiffs request that the Clerk of Court enter default against the Defendants Sheriff, Houston, and Big John's, jointly and severally.

FURTHER AFFIANT SAYETH NOT.

Bernie W. Ellis / Federal I.D. No. 5650
BURR & FORMAN LLP
Post Office Box 447
Greenville, SC 29602
bellis@burr.com
864-271-4940
*Attorneys for Plaintiffs*

Sworn to and subscribed before me
this 4th day of December, 2025.

Notary Public for South Carolina
Typed Name: Dana H. Hayes
My Commission Expires: 12/23/2029